# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:24-cr-00031-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ISAAC BRADLEY (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 67] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motions to Suppress [Doc. Nos. 32, 46] filed by Defendant Isaac Bradley are **DENIED**.

**MONROE, LOUISIANA**, this the 3rd day of December 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**